# Orin S. Kerr
2000 H Street, NW
Washington, DC 20052

January 5, 2013

Mr. Lyle W. Cayce
Clerk, U. S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: In re Applications of the United States of America for Historical Cell-Site Data
No. 11-20884; Response to Fed. R. App. P. 28(j) Letter

Dear Mr. Cayce:

     This is a response to the Rule 28(j) letter filed on January 4, 2013, by Hanni Fakhoury, Esq., Counsel for *Amicus Curiae* Electronic Frontier Foundation. In his letter, Mr. Fakhoury asserts that a recent decision of the Vermont Supreme Court, *In re Search Warrant*, 2012 Vt. 102 (2012), is relevant authority because it "rejected the concerns raised by Professor Kerr in his amicus brief to this Court."

     Mr. Fakhoury's assertion is incorrect. In my amicus brief, I argued that the court must dismiss the appeal because it is not yet ripe for adjudication. When the government applies for a court order under 18 U.S.C. 2703(d), the facts of how the government will execute the order are not yet known. Without actual facts, no ripe dispute exists that permits a federal court to address the Fourth Amendment question on the merits.

     The Vermont case did not touch on any of these issues. The Vermont case considered whether magistrates can impose ex ante conditions on search warrants as a matter of Fourth Amendment law. It did not involve -- or even mention -- ripeness. And understandably so, for two reasons. First, a magistrate who imposes an ex ante search restriction is not purporting to make a "ruling" on a question of Fourth Amendment law. Second, Vermont state courts are not bound by federal ripeness doctrine.

     For these reasons, the Vermont case is irrelevant.

                                                       Sincerely,

                                                     /s/ Orin S. Kerr

                                                   Orin S. Kerr
                                                   *Amicus Curiae*